# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1996
Lower Tribunal No. 19-11000-CA-01
_____

**Rebeca Vargas Fuenmayor,**
Appellant,

vs.

**Ruth Vargas Fuenmayor, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Colson Hicks Eidson, P.A., and Thomas Allen Kroeger, for appellant.

Lubell | Rosen, and Lori A. Sochin, Ronald G. Neiwirth and Dora Acherman, for appellees Ruth Vargas Fuenmayor and Reelaiah Silva Vargas; Ocean Bank Legal Department, and Brian Recor for appellee Ocean Bank.

Before FERNANDEZ, GORDO and BOKOR JJ.

PER CURIAM.

Affirmed. See 951 Harbor Drive, LLC v. SD Constr., LLC, 394 So. 3d 690, 695 (Fla. 3d DCA 2024) ("On motion for summary judgment, the trial court may consider only matters raised in the pleadings." (citing Wilson v. Stone, 172 So. 3d 559, 560 (Fla. 3d DCA 2015))); see also Fla. R. Civ. P. 1.110(b)(2) ("A pleading which sets forth a claim for relief, whether an original claim, counterclaim, crossclaim, or third-party claim, must state a cause of action and must contain . . . a short and plain statement of the ultimate facts showing that the pleader is entitled to relief . . . .").